An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

|  |  |
|---|---|
| STEVEN R. HALVERSON; EMERY SLAYDEN; RAPHAEL ROCCO; JADIE HILL; GREGORY HAMILTON; AND MAJOR JAMES GREEN, Petitioners, vs. RENEE BAKER, WARDEN, ELY STATE PRISON; THE SEVENTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WHITE PINE; AND THE STATE OF NEVADA, Respondents. | No. 59429 **FILED** FEB 1 5 2013 TRACIE K. LINDEMAN CLERK OF SUPREME COURT BY _R. Malone_ DEPUTY CLERK |

## ORDER DENYING PETITION

This is a proper person original petition for a writ of mandamus seeking to have this court compel prison officials to return petitioners' legal documents. As directed, respondents have filed an answer.

A writ of mandamus is available to compel the performance of an act that the law requires as a duty resulting from an office, trust, or station, or to control an arbitrary or capricious exercise of discretion. See NRS 34.160; International Game Tech. v. Dist. Ct., 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). It is within our discretion to determine if a writ petition will be considered. Smith v. District Court, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Petitioner bears the burden of demonstrating that extraordinary relief is warranted. Pan v. Dist. Ct., 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

In their answer, respondents have disputed a number of the factual statements underlying this writ petition. As these factual matters

SUPREME COURT
OF
NEVADA

(O) 1947A

13-04990

are not established by petitioners' exhibits, we decline to exercise our discretion to issue writ relief in this matter. See Round Hill Gen. Imp. Dist. v. Newman, 97 Nev. 601, 604, 637 P.2d 534, 536 (1981) ("When disputed factual issues are critical in demonstrating the propriety of a writ of mandamus, the writ should be sought in the district court, with appeal from an adverse judgment to this court."); see also Pan, 120 Nev. at 228, 88 P.3d at 844 (explaining that it is the petitioner's burden to demonstrate that writ relief is warranted). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:   Emery Slayden
      Gregory Hamilton
      Jadie Hill
      Major James Green
      Raphael P. Rocco
      Steven R. Halverson
      Attorney General/Carson City
      Attorney General/Ely